**ARNOLD & PORTER KAYE SCHOLER LLP**
Nina Leviten (No. 351970)
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone:    415-471-3100
Facsimile:    415-571-3400
nina.leviten@arnoldporter.com

Lori B. Leskin*
E. Dean Harris Porter*
250 West 55th Street
New York, NY 10019
Telephone:    212-836-8000
lori.leskin@arnoldporter.com
dean.porter@arnoldporter.com

* *pro hac vice* application forthcoming

*Attorneys for Defendants*
CHATTEM INC. and
SANOFI-AVENTIS U.S. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TASHA AMARAL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHATTEM INC. d/b/a Opella North America, and SANOFI-AVENTIS U.S. LLC,<br><br>                    Defendants. | Case No. 4:26-cv-05474-AMO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

- 1 -

Plaintiff Tasha Amaral, individually and on behalf of all others similarly situated, and Defendants Chattem Inc. d/b/a Opella North America ("Opella") and Sanofi-Aventis U.S. LLC (together with Opella, "Defendants," and Plaintiff and Defendants together, "the Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows pursuant to Civil Local Rule 6-1(a):

WHEREAS, Plaintiff filed her Complaint in this matter on June 5, 2026;

WHEREAS, Plaintiff served the Summons and Complaint on Opella on June 11, 2026;

WHEREAS, Opella's deadline to respond to the Complaint is July 2, 2026;

WHEREAS, the Parties have conferred about Opella's July 2, 2026, deadline to respond to the Complaint;

WHEREAS, Plaintiff has consented to extend Opella's deadline to respond to the Complaint by 60 days;

WHEREAS, there have been no prior time modifications in this case, and this Stipulation will not affect the schedule for the case other than as described in this Stipulation;

WHEREAS, the Parties agree that this Stipulation does not waive any claim, right, or defense.

NOW, THEREFORE, the Parties agree and stipulate that Defendants' deadline to respond to the Complaint is August 31, 2026.

Respectfully submitted,

Dated: June 29, 2026                    Arnold & Porter Kaye Scholer LLP

By:  _/s/ Nina Leviten_____
     Nina Leviten
     Lori Leskin
     E. Dean Porter

     Attorneys for Defendants

Dated: June 29, 2026                    Clarkson Law Firm PC

By:  _/s/ Yana Hart_____
     Yana Hart
     Cassandra Rasmussen

     Attorneys for Plaintiff

- 2 -

**ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

By:    */s/ Nina Leviten*
Nina Leviten

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT          Case No. 4:26-cv-05474-AMO